**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| vs. | **CIVIL NO: 3:24-CV-00194-GHD-RP** |
| **JASMINE PRINCE** | **DEFENDANT** |

## DEFAULT JUDGMENT

The Defendant, Jasmine Prince, having failed to appear, plead or otherwise defend in this action, and default having been entered on August 28, 2024, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Jasmine Prince, in the amount of $55,081.30, plus interest on the judgment at the legal rate until the judgment is satisfied, and a separate filing fee of $405.00 to the Clerk of Court and a separate fee for service of process by the United States Marshals Service in the amount of $201.02.

This the 5th day of September, 2024.

s/ David Crews, Clerk of Court
BY: Deputy Clerk by LGM