IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | CIVIL NO: 3:24-CV-00194-GHD-RP |
| JASMINE PRINCE | DEFENDANT |

**AMENDED JUDGMENT**

This amended judgment is entered into between the United States of America, acting through the United States Department of Justice and on behalf of the United States Small Business Administration ("SBA") (collectively the "United States"), and Defendant Jasmine Prince. The parties stipulate and consent to the entry of judgment in favor of the United States of America against Defendant Jasmine Prince in the sum of $31,748.30, which sum specifically includes $29,248.30 (the amount of loan #2667118900 plus interest through the date of forgiveness) for the Paycheck Protection Program loan and $2,500.00 for the bank's processing fees. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full, but without costs to either party. Defendant Jasmine Prince agrees that the sum owed, $31,748.30, plus interest, is due and payable in full immediately. Defendant also agrees to pay a separate $405.00 filing fee and a separate $201.02 service of process fee to the United States Marshals Service pursuant to 28 U.S.C. § 2412(a)(2).

Provided, however, execution shall not issue upon this judgment as long as Defendant Jasmine Prince pays to the Department of Justice, through the United States Attorney, 900 Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each and every month until this judgment is satisfied. The amount of this payment shall be subject to

review and modification not less than annually. This debt shall also be included in the Treasury Offset Program so that any federal monies owed to Defendant Jasmine Prince will be credited to her outstanding debt.

SO ORDERED this the 12th day of January, 2026

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

SCOTT F. LEARY
United States Attorney

_____
JOHN E. GOUGH, JR. (MSB #10351)
Assistant United States Attorney
900 Jefferson Avenue
Oxford, MS 38655-3608
Telephone: 662-234-3351
Email: john.gough@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

_____
JASMINE PRINCE – *Pro Se Defendant*